**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 17-00125-01-CR-W-GAF |
| ) | |
| **JONATHAN SANCHEZ-MUNOZ,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (doc. 29). Defendant seeks to suppress all evidence and testimony procured through a warrantless seizure and detention on March 4, 2017, in violation of his Fourth Amendment rights.

On January 30, 2018, Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on the motion to suppress.

On March 6, 2018, Judge Hays issued her Report and Recommendation (doc. 44). On March 20, 2018, Defendant filed his Objections to the Report and Recommendation (doc. 47).

Upon careful and independent review of the pending motion and suggestions in support thereof, defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (doc. 29) is OVERRULED and DENIED.

SO ORDERED.

                                                                           s/ Gary A. Fenner  
                                                                           GARY A. FENNER, JUDGE  
                                                                           UNITED STATES DISTRICT COURT

DATED:   March 21, 2018